| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild  Officer: ☑ Joshua Maxwell | Telephone: (313) 226-9577  Telephone: (313) 204-5065 |
|---|---|---|

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

United States of America  
   v.  
Ataulfo Rene MORALES MORALES

Case No. Case: 2:25−mj−30688  
Assigned To : Unassigned  
Assign. Date : 11/10/2025  
Description: CMP USA v Morales Morales (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 10, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:  
See Attached Affidavit

☑ Continued on the attached sheet.

_____  
*Complainant's signature*

Joshua Maxwell, CBP Enforcement Officer  
*Printed name and title*

Sworn to before me and signed in my presence  
and/or by reliable electronic means.

Date: __November 10, 2025__

_____  
*Judge's signature*

City and state: __Detroit, MI__   Anthony P. Patti, U.S. Magistrate Judge  
*Printed name and title*

# AFFIDAVIT

The affiant being duly deposed and sworn states:

1. I, Joshua R. Maxwell, am an Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for over twenty-five years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the reentry of illegal aliens and I have received training in this area. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and my personal knowledge. I have also reviewed material from the official Immigration file and system automated data relating to Ataulfo Rene MORALES MORALES. I have not included every fact known to law enforcement related to this investigation.

2. MORALES MORALES is a forty-year-old male, native and citizen of Guatemala, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On October 25, 2018, MORALES MORALES was apprehended by the United States Border Patrol (USBP) at or near San Luis, Arizona for entering the United States without inspection in violation of Sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (INA). MORALES MORALES was served with an Expedited Order of Removal, via Form I-860.

1

4. On October 26, 2018, MORALES MORALES pleaded guilty in the United States District Court of Arizona, Yuma Division, for Illegal Entry, in violation of 8 USC §1325(a)(1). MORALES MORALES was sentenced to 20 days' confinement. MORALES MORALES was physically removed from the United States to Guatemala on November 30, 2018.

5. On November 10, 2025, at approximately 1:35 am, at the Detroit Ambassador Bridge, Detroit, Michigan, Customs and Border Protection Officers (CBPO), encountered MORALES MORALES, after the vehicle in which he was a passenger got refused entry into Canada. The driver of the vehicle stated he made a wrong turn on to the bridge after departing a grocery store. MORALES MORALES' prior order of removal was reinstated, via Form I-871.

6. The aforementioned apprehension and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

7. MORALES MORALES's fingerprints and photograph were captured and entered into the IDENT and IAFIS systems.  The results revealed that MORALES MORALES, is a citizen of Guatemala who has previously been removed from the United States.  The record checks

2

reveal that no record exists of MORALES MORALES obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about November 30, 2018.

8. Based upon the aforementioned facts, I have probable cause to believe that on or about November 10, 2025, in the Eastern District of Michigan, Southern Division, Ataulfo Rene MORALES MORALES, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about November 30, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8 United States Code, Section 1326(a).

                                          Respectfully submitted,

                                          Joshua R. Maxwell, Enforcement Officer
                                          U.S. Customs and Border Protection

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Date:   November 10, 2025

3